**Order entered January 13, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00578-CV

## IN THE INTEREST OF J.A.A., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-05257**

## ORDER

Appellant filed his brief on January 3, 2023. His brief contains the first name of his minor child, and the appendix contains the child's full name and date of birth. Because the brief is in violation of rule 9.9 of the Texas Rules of Appellate Procedure, we **STRIKE** appellant's brief. *See* TEX. R. APP P. 9.9.

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief identifying the minor child using initials and with sensitive information contained in the appendix redacted.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE